# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 8, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130571

KERRY B. HOLLEY,
      Plaintiff-Appellant,

v

SC: 130571
COA: 266983

PAROLE BOARD,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 19, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would remand this case to the Court of Appeals for consideration as on leave granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 8, 2006

      Clerk

d1101